# JOSHUA B. ADAMS

ATTORNEY AT LAW
53 WEST JACKSON BOULEVARD, SUITE 1615
CHICAGO, ILLINOIS 60604
PHONE:(312) 566-9173 FAX: (847) 859-5862

June 2, 2021

The Hon. Gabriel A. Fuentes
United States Magistrate Judge
Northern District of Illinois
219 S. Dearborn St. 1838
Chicago, IL 60604
**Re: United States v. Rafael Medellin
    21 CR 336**

    Rafael Medellin agrees to waive his right to a preliminary hearing currently set for June 4, 2021.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Counsel for Rafael Medellin

cc: AUSAs Erin Kelly
        Aaron Bond